

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **THE PEOPLE OF TEMPLE NO. 13** | Case: 2:21-cv-10328 |
| | Judge: Edmunds, Nancy G. |
| | MJ: Grand, David R. |
| | Filed: 2/2/2021 |
| | CMP PEOPLE OF TEMPLE NO. 13 VS STATE OF |
| | MICHIGAN, ET AL (DP) |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

**v.**

**STATE OF MICHIGAN ET AL**
**U.S. DEPARTMENT OF JUSTICE / DEA**
**COUNTY OF OAKLAND PROS OFFICE**
**BLOOMFIELD TWP POLICE DEPARTMENT**
**STATE OF MICHIGAN 48TH DISTRICT COURT**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## Complaint for a Civil Case

POOR QUALITY ORIGINALS

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | PEOPLE OF TEMPLE NO. 13 |
| Street Address | 53 1/2 W. Huron St. Ste. 215 |
| City and County | Pontiac, Oakland |
| State and Zip Code | Michigan [48342] |
| Telephone Number | 800.803.7107 |
| E-mail Address | pmilesel@msta13gov.com |

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | STATE OF MICHIGAN |
| Job or Title (if known) | |
| Street Address | PO Box 30013 |
| City and County | Lansing, Ingham |
| State and Zip Code | Michigan, 48909 |
| Telephone Number | (517) 373-3400 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | U.S. DEPARTMENT OF JUSTICE/DEA |
| Job or Title (if known) | |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | |
| State and Zip Code | Washington DC 20530-0001 |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 3

| | |
|---|---|
| Name | SOM/48TH DISTRICT COURT |
| Job or Title (if known) | c/o OFFICE OF CHIEF JUDGE |
| Street Address | 4280 Telegraph |
| City and County | Bloomfield Township, Oakland |
| State and Zip Code | Michigan, 48302 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | BLOOMFIELD TOWNSHIP POLICE DEPT |
| Job or Title (if known) | c/o OFFICE OF MAYOR |
| Street Address | 45 E. Long Lake Road |
| City and County | Bloomfield Hills, Oakland |
| State and Zip Code | Michigan, 48303 |
| Telephone Number | |
| E-mail Address (if known) | |

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
See attached exhibit GSD NO. 701911200000 pg. 3 of 6 par. 1. et seq.

**B.**  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual
The plaintiff, *(name)* _____,
is a citizen of the State of *(name)* _____.

b.   If the plaintiff is a corporation
The plaintiff, *(name)* _____,
is incorporated under the laws of the State of *(name)*
_____, and has its principal place of business in the
State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the
State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b.   If the defendant is a corporation
The defendant, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____, and
has its principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of
*(foreign nation)* _____, and has its principal place
of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3.       The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:
See attached exhibit GSD NO. 701911200000 pg. 4 of 6. sec. B. par. 2. et seq.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See attached exhibit GSD NO. 70191120000 pg. 3 sec. A. par. 1. et seq.

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do
not make legal arguments.  Include any basis for claiming that the wrongs alleged are
continuing at the present time.  Include the amounts of any actual damages claimed for the acts
alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed,
the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
See attached exhibit GSD NO. 70191120 sec. B. pg. 4. par. 2.; par. 3; pg. 6 of 6, (last
paragraph).

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of
litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,
modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if
specifically so identified, will likely have evidentiary support after a reasonable opportunity for
further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current address on
file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _27 TH / January / 2021_ .

Signature of Plaintiff    _Brother P. Miles El, &c /Divine Minister_

Printed Name of Plaintiff    TEMPLE NO. 13

**Additional Information:**

Additional attachment:

Exhibit 0

Exhibit 1

Exhibit 2

Exhibit 3

Exhibit A

Exhibit B

Exhibit C

Exhibit D

Exhibit E



**The Moorish Science Temple of America, Inc.**
PROPHET NOBLE DREW ALI, FOUNDER



**TEMPLE NO. 13**
**OFFICE OF GRAND SHEIK**
**PO Box 430186**
**Pontiac, Michigan [48343]**
**United States Republic, North America**
**1 (800).803.7107**

**BROTHER P. MILES EL, GRAND SHEIK**

---

**TEMPLE NO. 13**

**County of OAKLAND**

**Pontiac**

**GRAND SHEIK DECREE NO. 701911200000**

**COMPLAINT NO.** 70191120000037572768

---

**THE PEOPLE OF TEMPLE NO. 13**

**VS.**

**STATE OF MICHIGAN, ET AL**

Date of Offense:

Location:

Complainant:

Complaining Witness:

July 20, 2020

TWP OF BLOOMFIELD

TEMPLE NO. 13 ®

BROTHER P. MILES EL®

---

**IN UNITED STATES DISTRICT COURT**
**EASTERN DIVISION**
**OFFICE OF CLERK**
**c/o 231 W Lafayette Blvd**
**Detroit, MI. USA 48226**

---

**TO:**       **REPS OF DEFENDANTS:**

1. RESPONDEAT SUPERIOR
   STATE OF MICHIGAN
   c/o OFFICE OF GOVERNOR
   *George W. Romney Building*
   P.O. Box 30013
   Lansing, MI 48909
   (517) 373-3400

www.msta13gov.com
pmilesel@msta13gov.com

The names & symbols are
covered by copyrights and
registration. ®©

1 of 6

2. RESPONDEAT SUPERIOR
   STATE OF MICHIGAN
   48TH DISTRICT COURT
   c/o OFFICE OF CHIEF JUDGE
   4280 Telegraph Rd
   Bloomfield Township, 48302.

3. RESPONDEAT SUPERIOR
   STATE OF MICHIGAN
   COUNTY OF OAKLAND
   c/o OFFICE OF DISTRICT ATTORNEY
   1200 North Telegraph, West Wing - Building #14E,
   Pontiac, MI 48341.

4. RESPONDEAT SUPERIOR
   BLOOMFIELD TOWNSHIP
   POLICE DEPARTMENT
   c/o OFFICE OF MAYOR
   45 E Long Lake Road
   Bloomfield Hills, MI 48304

5. RESPONDEAT SUPERIOR
   U.S. DEPARTMENT OF JUSTICE
   DRUG ENFORCEMENT AGENCY
   c/o OFFICE OF ATTORNEY GENERAL
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

---

**RE:**

1. Hand, Beth M. [BETH M. HAND] doing business as ASSISTANT
   PROSECUTOR for the County of Oakland [OAKLAND COUNTY] 1200
   North Telegraph, West Wing - Building #14E, Pontiac, MI 48341, United States
   Republic, North America

2. Marten, Kelly [KELLY MARTEN] doing business as OFFICER for
   *BLOOMFIELD TOWNSHIP*  4200 Telegraph Rd, County of Oakland, MI.
   USA 48302.

3. Overby, J. [J. OVERBY] doing business as BLOOMFIELD TOWNSHIP
   DETECTIVE (alleged Complaining Witness) 4200 Telegraph Rd, County
   of Oakland, MI. USA 48302

www.mcta13gov.com
pmileset@mcta13gov.com

The names & symbols are
covered by copyrights and
registration. ®©

2 of 6

4. Comerford, David [DAVID COMERFORD] doing business as BLOOMFIELD TOWNSHIP OFFICER, 4200 Telegraph Rd, County of Oakland, MI. USA 48302

5. Huizdos, John [JOHN HUIZDOS] doing business as OFFICER/REP for BLOOMFIELD TOWNSHIP POLICE DEPARTMENT 4200 Telegraph Rd, County of Oakland, MI. USA 48302.

6. Hill, John [JOHN HILL] (unidentified agent) doing business as AGENT for DRUG ENFORCEMENT AGENCY c/o U.S. DEPARTMENT OF JUSTICE, 431 Howard, MI. USA 48226.

7. Ball, Andy [ANDY BALL] doing business as OFFICER for BLOOMFIELD TOWNSHIP, 4200 Telegraph Rd, County of Oakland, MI. 48302.

8. Smalls, Kimberly, F [SMALLS, KIMBERLY, F] doing business as Judge for BLOOMFIELD TOWNSHIP/STATE OF MICHIGAN 48th DISTRICT COURT, 4280 Telegraph Rd, Bloomfield Township, MI. 48302

_____ /

**ON BEHALF OF THE PEOPLE OF TEMPLE NO. 13**

By virtue of the authority granted in me as Grand Sheik by the Charter for Temple No. 13 and ACT 1 of the Divine Constitution and By-Laws of the Moorish Science Temple of America, Love, Truth, Peace, Freedom and Justice including the 25 Articles of the Moorish Peace Treaty Law and Constitution for the United States of 1787 A.D.; Title 18 USC section 241: 18 USC section 242; 18 USC section 249; 18 USC section 287; 42 USC section 14141; 25 CFR Section 11.404; 28 USC Section 4101 (1)/MCL 600.2901; FRCP 12 B (1) et seq; in conjunction with _Clearfield Trust Co v. United States 318 U.S. 363 (1943)_.

I, Brother P. Miles El, Grand Sheik of Temple No. 13, Moorish Science Temple of America, Prophet Noble Drew Ali, Founder, do hereby exercise original jurisdiction over the estate in question according to Love, Truth, Peace, Freedom and Justice. Therefore,

I do hereby declare the following:

**A.    COMPLAINT**

1. On **15/JANUARY/2020 A.D.,** Age 1, 1985 A.D. Brother T. Miles El, Moorish American commonly known as Thunder-Kahraba Morocco Miles El, and his daughter Navy Miles El under trust to NOBLE DREW ALI in care of TEMPLE NO. 13, hereinafter referred to as, "Victims", officially registered Complaint No. 70191120000037572768 at TEMPLE NO. 13 OFFICE OF SECRETARY in accordance with the Divine Covenant of Love, Truth, Peace, Freedom and Justice. Pursuant to Complaint No. 70191120000037572768 claims the Victim's divine rights were violated by Respondents

www.mste13gov.com
gmile.el@mste13gov.com

The names & symbols are covered by copyrights and registration. ®©

unwarranted and willful misconduct, while alleging to be acting in lawful performance of duty, contrary to the operations of constitutional law.

**B.    DECREE FOR RELIEF GRANTED.**

2.  Respondents are hereby ordered to pay **_Restitution_** in certain sum of **_$5,000,000.00 USD_** in gold/silver and/or property of equal value due effectively immediately to the fullest extent of the law and/or within 30 days of the receipt of this said **DECREE**, payable to the injured party (Victims), according to Love, Truth, Peace, Freedom and Justice.

    •   The STATE OF MICHIGAN and the Respondeat Superiors identified above pursuant to this DECREE are hereby held liable for full payment of Restitution at (**_$1,000,000.00 USD_**) in gold / silver and/or property of equal value, per addressed Respondeat Superior, to equal up to sum total of said restitution.

3.  **_CASE ACCOUNT NO. [2020376]_** (res) is hereby ordered dismissed with prejudice ab initio due to Respondent's are in want of jurisdiction and authority over the estate in question including but not limited to Representatives Respondents for the 48th District Court, at 4280 Bloomfield Township, County of Oakland, MI. 48302.

**C.    GROUNDS.**

4.  According to Love, Truth, Peace, Freedom and Justice. The facts and evidence of record herein attached substantiate Victim's said claim of personal injury due to Divine Rights Violation by Respondent's willful misconduct in breach of the public trust, while establishing a common practice and commission of discriminatory, unwarranted, unconstitutional activities and collusion by Respondents collectively under the color of law with the intent to cause severe injury to Moorish Americans.

5.  The **_evidence collectively_** provides the corpus delicti and/or satisfies the requirements with respect to the production of proof of claim in support of Registered Complaint No. 70191120000037572768. Furthermore, said COMPLANT verifies that Respondents willfully deprived the Victim of his **_Nationality and Birthrights_** (divine rights) attempting to establish jurisdiction and authority over the estate in question contrary to constitutional law in violation of ACT 6 Divine Covenant of Love, Truth, Peace, Freedom and Justice.

6.  **_Exhibit 0: File No. [194916_main]_** validates the Agents/DEA knowingly committed perjury by producing/publishing a **false report** to Agent Marten of Bloomfield Township with respect to witnessing a "hand to hand" contrary to Exhibit 3 Page 9 paragraph 2 of the DEA Report in care of Department of Justice attempting to illegally establish jurisdiction over the estate in question.

The names & symbols are covered by copyrights and registration. ®©

7. ***Exhibit 0: File No. [194916_main]*** confirms Agents/Bloomfield Township willfully conspired to commission or attempt to commission, based on the said false report issued by Agents/DEA to deprive, the divine rights of the Victims.  The said exhibit furthers confirms Victim deny Respondents erroneous request for jurisdiction over the estate in question. The Respondent acknowledges lack of jurisdiction and continue to deprive the Victim of his divine right without due process of law contrary to the operations of the Supreme Law of the land, while alleging to be acting in their lawful performance of duty according to exhibit 1.

8. ***Pursuant to Exhibit 2 & Exhibit 3*** Respondents attempts to deprive the Victims of their Nationality and Identification by falsely alleging and/or publishing Victims race as BLACK/AFRICAN AMERICAN and/or BLACK MALE to deprive the Victim of his/her Nationality and Birthrights as Moorish Americans contrary to the Supreme Law of the Land.

9. Respondents willful misconduct, while alleging to be acting in lawful performance of duty according to Exhibit 1 constitutionally warrants the said DECREE by DEFAULT, due to failure to uphold Oath of Office according to Article 11 Michigan Constitution of 1963; Article 6 U.S. Constitution 1787.

10. Respondents willful misconduct in the Production of a False Report constitute perjury and defamation of character, while alleging to be acting in lawful performance of duty.

11. Unwarranted Search / Seizure:

    i. Moorish Vessel of record according to exhibit 2 / exhibit 3.
    ii. Moorish Finance of record according to exhibit 2/exhibit 3.
    iii. Other Moorish property was seized see exhibit 2/exhibit 3.

12. Unlawful Imprisonment contrary to federal and state law. .

## ATTACHMENTS.

- Exhibit A:     Moorish American Verified Complaint No. 70191120000037572768
- Exhibit 0:     Video 194916_main, etc.

www.metalloorish.in
metaloorish@gmail.com

The names & symbols are covered by copyrights and registration. ®©

- Exhibit 1:      Oakland County Unverified Complaint No.20-75864
- Exhibit 2:      Bloomfield Township CR No. 200013515
- Exhibit 3:      DEA Report No. 701112000037572683

**ADDITIONAL ATTACHMENTS:**

- Exhibit B:    Nationality & Identification Card(s)
- Exhibit C:    Temple No. 13 Charter
- Exhibit D:    Divine Constitution & By-Laws
- Exhibit E:    Affidavit of Organization (Our Authority)
- Exhibit F:    1787 Moorish Peace Treaty & Constitution for USA 1789

_____/

I, Brother P. Miles El, Divine Minister/GS do hereby demand in accordance with law that this said DECREE is hereby ordered enforced effectively immediately by the honorable Representatives of the United States District Court Eastern Division identified above pursuant to Love, Truth, Peace, Freedom and Justice. **By:** _~Brother Miles El~_ **, Divine Minister.**

**Brother P. Miles El, Grand Sheik**
**NOBLE DREW ALI, The Prophet.**
**TEMPLE NO. 13 ® © ™**
**All Rights Reserved to the course of Divine Law.**

The names & symbols are covered by copyrights and registration. ®©

Thunderkahraba Miles-El

pmilesel

Friday, January 15, 12:54 AM

**Exhibit A**

---------- Forwarded message ---------
From: **Thunderkahraba Miles-El** <kahrabacargo@gmail.com>
Date: Sat, Jan 9, 2021 at 9:32 PM
Subject: Fwd: Affidavit of Truth
To: <omarimilesel@gmail.com>

---------- Forwarded message ---------
From: **Thunderkahraba Miles-El** <kahrabacargo@gmail.com>
Date: Sat, Jan 9, 2021 at 9:31 PM
Subject: Affidavit of Truth
To: <omarimilesel@gmail.com>

January 9, 2021

### AFFIDAVIT OF TRUTH

### BY THUNDERKAHRABA MOROCCO MILES EL

On July 20th 2020 I was driving back into Pontiac driving on Franklin rd when I notice a police car pulling up on my vehicle fast with his lights on. I pulled over to the side and the police got behind me. It was a Bloomfield squad car.  I didn't know why he was pulling me over because I wasn't  driving fast or broke any traffic violation, plus I had my 2 year daughter in the car with me. I proceeded to pull over. The officer approached my vehicle and asked me for my license, registration, and proof of insurance, he also told me to turn my vehicle off which I thought was extremely odd however I complied with the officers order.  I gave him my license and registration but couldn't locate my insurance. I told the officer I cant find my insurance he said its ok and then he left to his car. He came back moments later and asked can he search my car. I thought that question was odd and rude seeing that I had a infant in the car and I had done nothing wrong I told him NO. He then left my car and went back to his car. I noticed more Bloomfield officers pulling up, I immediately got nervous. I started to look more *for my insurance because I know that they will try and force you to step out of your vehicle if you didn't provide proof of insurance* so I begin to scramble throughout my vehicle looking for that document. The officer was on his phone communicating with someone then he approached my car again asking can he search my car and I told him NO and that I have a CHILD in the car what is this about, he didn't tell me why he wanted to search my car and then said hang tight someone wanted to talk to me. Then the officer left again and then another officer approached my car from the passenger side and begin to look in my car and asked could he search the vehicle.

1 / 2

*See Back*

told that officer NO as well. I suffer from anxiety and trauma because of law enforcement throughout this country and due to what I have personally experienced myself. I begin to get nervous because I knew they were about to violate my rights and violated my daughter. I saw them huddle up and put on gloves and approach my car. I knew this would end up with them smashing my windows and traumatizing my daughter my first obligation and duty as a Moorish American and Under the Divine Constitution and By Laws as a Moorish American is to protect my child against foreign and domestic terrorist. I believed that the officers were being unreasonable and were violating my DIVINE RIGHTS. So I left the scene to get my daughter to safety from these ROGUE officers who were blatantly violating the law. I drove to fildew st in Pontiac Michigan were I saw people outside so I parked my car behind a persons house because I didn't know if those officers would start shooting and kill my daughter. I got out of the car and went to a house where there was people and I ask them to take my daughter and to call her mother as well as my mother. I wanted to deal with the officers without my daughter being there seeing this. When the agents approached I immediately turned myself in and told them I feared for my life and that's why I left the scene. I had no intentions to flee, however I had every intention to protect my daughter from being killed by those officers. The integrity of law enforce in this country is non-existent. When in the undercover agents custody they asked me what happen. I told them I feared for my life and I was protecting my daughter. They seemed to already have a conclusion as to why I left. They kept asking me questioned that made no since. They asked me what had I done, did I want to tell them the truth, stop lying. I was completely confused at that point. I told them I need a lawyer if this is some kind of felony stop because I committed no felony. They searched my car and found nothing. However they ignored the legal documentation that confirmed my income which was my taxes, bank statement, and corporation documents to 3 of my businesses. Kahraba Cargo, Trap Market Place, and THUNDERKAHRABA MOROCCO MILES EL LLC which is a holding company. I told them I just received a government load in the amount of ███████████ yet they still took my phone and my $5,200 out of my front pocket. Then they handed me back over to the Bloomfield police department. The Bloomfield Office immediately turned his recording off and said Im so sorry I didn't want to pull you over those cops that you were talking to are Federal agents, and They instructed us to pull you over. He then said I was about to go home and I got a call to stop you.

They then took me to Bloomfield police station where I stayed almost 3 days without being charged or even seeing a judge which is against the law.

This statement is of the FACTS of what happened the day of July 20th 2020.



This is your Nationality and [illegible] Science Temple of America [illegible] Americans, etc. We honor all Mohammed, Buddah and Confucius [illegible] God of our Father Allah [illegible] hereby declare that you are a Moslem under the Divine Laws of the Holy Koran of Mecca, Love, Truth, Peace, Freedom and Justice.

NOBLE DREWALI, The Prophet
Home Office 2915 [illegible] St. [illegible] D.C. 20032

"I AM A CITIZEN OF THE U.S.A."



This is your Nationality and Identification Card for the Moorish Science Temple of America, and Birthrights for the Moorish Americans, etc. We honor all the Divine Prophets: Jesus. Mohammed. Buddah and Confucius. May the blessings of the God of our Father, Allah, be upon you that carry this card. I do hereby declare that you are a Moslem under the Divine Laws of the Holy Koran of Mecca. Love. Truth. Peace, Freedom and Justice.

"I AM A CITIZEN OF THE U.S.A."

NOBLE DREW ALI. The Prophet

Home Office 2905 5th Street S.E. Washington. D.C. 20032

# CHARTER



**ALLAH**

# Moorish Science Temple of America, Inc.



**ISLAM**









To All Whom These Presents May Come,

## Greeting.

The Home Office.

By virtue of the authority vested in The Most Holy Prophet, Noble Drew Ali and The Moorish Science Temple of America, Inc., by a lawfully granted Charter of the State of Illinois hath granted this

## CHARTER

to this branch of the Moorish Science Temple of America, Inc., at _____

in the County of _____ and State of _____

to be styled and known as _____ No. _13_

invested with all the powers and privileges of a Subordinate Temple within the jurisdiction of the said Home Office.

Hear Ye!

Jurisdiction aforesaid by virtue of whose authority it exists, while acting in conformity with the laws, rules and regulations of the Home Temple and the said subordinate Temple aforesaid, being duly and lawfully organized, constituted and established, is hereby authorized and empowered to initiate and confer the degrees of said Temple in accordance with the established forms and usages upon all such persons as are duly and lawfully qualified. To promote and practice the teachings of all the true and divine prophets: Jesus, Mohammed, Buddha, Confucius, Etc.

The officers and members who benefit under this charter, do hereby pledge themselves to act at all times in obedience to the commands and edicts of the illustrious Noble Drew Ali, the founder and head of the Moorish Science Temple of America, Inc.

The Home office can at any time suspend, revoke or take away this Charter or Warrant of Authority if in the judgment of our Grand Ruler and Prophet Noble Drew Ali, said subordinate Temple has violated any of the principles or rules of The Moorish Science Temple of America, Inc.

In Testimony, Whereof I have hereunto subscribed my name and affixed the Seal

LOVE, TRUTH, PEACE, FREEDOM and JUSTICE.

**ALI**

of the said Moorish Science Temple of America, Inc.

This _____ day of _____ A. D. 19___

Chicago, Illinois, County of Cook, State of Illinois.

Attest _____

Noble Drew Ali, Founder.



**ASIA**





**Fig. No. 1**



Salvation  Our God Unity 

# The Moorish Science Temple

## The Divine Constitution and By-Laws



NOBLE DREW ALI
Founder

ACT 1.—The Grand Sheik and the chairman of the Moorish Science Temple of America is in power to make law and enforce laws with the assistance of the Prophet and the Grand Body of the Moorish Science Temple of America. The assistant Grand Sheik is to assist the Grand Sheik in all affairs if he lives according to Love, Truth, Peace, Freedom and Justice, and it is known before the members of the Moorish Science Temple of America.

ACT 2.—All meetings are to be opened and closed promptly according to the circle seven and Love, Truth, Peace, Freedom and Justice. Friday is our Holy Day of rest, because on a Friday the first man was formed in flesh and on a Friday the first man departed out of flesh and ascended unto his father God Allah, for that cause Friday is the Holy Day for all Moslems all over the world.

ACT 3.—Love, Truth, Peace, Freedom and Justice must be proclaimed and practised by all members of the Moorish Science Temple of America. No member is to put in danger or accuse falsely his brother or sister on any occasion at all that may harm his brother or sister, because Allah is Love.

ACT 4.—All members must preserve these Holy and Divine laws, and all members must obey the laws of the government, because by being a Moorish American, you are a part and partial of the government, and must live the life accordingly.

ACT 5.—This organization of the Moorish Science Temple of America is not to cause any confusion or to overthrow the laws and constitution of the said government but to obey hereby.

ACT 6.—With us all members must proclaim their nationality and we are teaching our people their nationality and their Divine Creed that they may know that they are a part and a partial of this said government, and know that they are not Negroes, Colored Folks, Black People or Ethiopians, because these names were given to slaves by slave holders in 1779 and lasted until 1865 during the time of slavery, but this is a new era of time now, and all men now must proclaim their free national name to be recognized by the government in which they live and the nations of the earth, this is the reason why Allah the Great God of the universe ordained Noble Drew Ali, the Prophet to redeem his people from their sinful ways. The Moorish Americans are the descendants of the ancient Moabites whom inhabited the North Western and South Western shores of Africa.

ACT 7.—All members must promptly attend their meetings and become a part and a partial of all uplifting acts of the Moorish Science Temple of America. Members must pay their dues and keep in line with all necessities of the Moorish Science Temple of America, then you are entitled to the name of, "Faithful". Husband, you must support your wife and children; wife you must obey your husband and take care of your children and look after the duties of your household. Sons and daughters must obey father and mother and be industrious and become a part of the uplifting of fallen humanity. All Moorish Americans must keep their hearts and minds pure with love, and their bodies clean with water. This Divine Covenant is from your Holy Prophet Noble Drew Ali, thru the guidance of his Father God Allah.

### MOORISH AMERICAN PRAYER

Allah the Father of the universe, the Father of Love, Truth, Peace, Freedom and Justice. Allah is my protector, my guide and my salvation by night and by day thru his Holy Prophet Drew Ali. "Amen."

# THE MOORISH SCIENCE TEMPLE OF AMERICA

## Home Office: 2905 5th Street S. E., Washington, D.C. 20032

*Exhibit E*

## OUR AUTHORITY

(COPY)
Book 521         PAGE 579
               State of Illinois, Cook County   ss
               No. 10105905

                                    **Filed For Record**
CORPORATION — Religious — Affidavit of Organization
Form No. 1099.
STATE OF ILLINOIS,
County of COOK
                         ss
               1928 AUG. 1 PM 252
               AND RECORDED IN
               BOOK               PAGE
     I, NOBLE DREW ALI,.............................................Recorder
                         **Salomes Jasconowskic**

MOORISH SCIENCE TEMPLE OF AMERICA................held

at................Chicago................in the County of COOK...............

and State of Illinois, on the..................20th..................day of

................July................A. D. 1928, for that purpose, the fol-

lowing persons were appointed.................SHIEKS..................

..................................according to the rules and usages of such

### MOORISH SCIENCE TEMPLE OF AMERICA

do solemnly swear that at the meeting of the members of the
NOBLE DREW ALI, MEALY EL, SMALL BEY LOVETT
BEY AND FOREMAN BEY. The Moorish Science Temple
of America deriving its power and authority from the Great
Koran of Mohammed to propogate the faith and extend the
learning and truth of the Great Prophet of ALI in America.
To appoint and consecrate missionaries of the prophet and
to establish the faith of Mohammed in America.

    And said MOORISH SCIENCE TEMPLE OF AMERI-
CA adopted as its corporate name, the following MOORISH
SCIENCE TEMPLE OF AMERICA.....................................

    And at said meeting. this affiant acted as Presiding
officer Subscribed and Sworn to Before me.

..................20th.........................................day of

................July.........................A. D. 1928........

                         Drew Ali.........................................
          Roberta W. Counull
                              Notary Public
See Hurd's Rev. Stat., Chap. 32, 36. *Our appointed  *Or Wardens
          vestrymen, or whatever name they may adopt



# Constitution for the ed States of America North Continent

**Presented in 1787**
**Ratified in 1791**

## Preamble

*We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.*

## ARTICLE I

**Section 1.** All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

**Section 2.** The House of Representatives shall be composed of members chosen every second year by the people of the several states, and the electors in each state shall have the qualifications requisite for electors of the most numerous branch of the state legislature.

No person shall be a Representative who shall not have attained to the age of twenty five years, and been seven years a citizen of the United States, and who shall not, when elected, be an inhabitant of that state in which he shall be chosen.

Representatives and direct taxes shall be apportioned among the several states which may be included within this union, according to their respective numbers, which shall be determined by adding to the whole number of free persons, including those bound to service for a term of years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three years after the first meeting of the Congress of the United States, and within every subsequent term of ten years, in such manner as they shall by law direct. The number of Representatives shall not exceed one for every thirty thousand, but each state shall have at least one Representative; and until such enumeration shall be made, the state of New Hampshire shall be entitled to choose three, Massachusetts eight,

Rhode Island and Providence Plantations one, Connecticut five, New York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any state, the executive authority thereof shall issue writs of election to fill such vacancies.

The House of Representatives shall choose their speaker and other officers; and shall have the sole power of impeachment.

**Section 3.** The Senate of the United States shall be composed of two Senators from each state, chosen by the legislature thereof , for six years; and each Senator shall have one vote.

Immediately after they shall be assembled in consequence of the first election, they shall be divided as equally as may be into three classes. The seats of the Senators of the first class shall be vacated at the expiration of the second year, of the second class at the expiration of the fourth year, and the third class at the expiration of the sixth year, so that one third may be chosen every second year; and if vacancies happen by resignation, or otherwise, during the recess of the legislature of any state, the executive thereof may make temporary appointments until the next meeting of the legislature, which shall then fill such vacancies.

No person shall be a Senator who shall not have attained to the age of thirty years, and been nine years a citizen of the United States and who shall not, when elected, be an inhabitant of that state for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no vote, unless they be equally divided.

The Senate shall choose their other officers, and also a President pro tempore, in the absence of the Vice President, or when he shall exercise the office of President of the United States.

The Senate shall have the sole power to try all impeachments. When sitting for that purpose, they shall be on oath or affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no person shall be convicted without the concurrence of two thirds of the members present.

Judgment in cases of impeachment shall not extend further than to removal from office, and disqualification to hold and enjoy any office of honor, trust or profit under the United States: but the party convicted shall nevertheless be liable and subject to indictment, trial, judgment and punishment, according to law.

**Section 4.** The times, places and manner of holding elections for Senators and Representatives, shall be prescribed in each state by the legislature thereof; but the Congress may at any time by law make or alter such regulations, except as to the places of choosing Senators.

The Congress shall assemble at least once in every year, and such meeting shall be on the first Monday in December, unless they shall by law appoint a different day.

**Section 5.** Each House shall be the judge of the elections, returns and qualifications of its own members, and a majority of each shall constitute a quorum to do business; but a smaller number may adjourn from day to day, and may be authorized to compel the attendance of absent members, in such manner, and under such penalties as each House may provide.



Each House may determine the rules of its proceedings, punish its members for disorderly behavior, and, with the concurrence of two thirds, expel a member.

Each House shall keep a journal of its proceedings, and from time to time publish the same, excepting such parts as may in their judgment require secrecy; and the yeas and nays of the members of either House on any question shall, at the desire of one fifth of those present, be entered on the journal.

Neither House, during the session of Congress, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two Houses shall be sitting.

**Section 6.** The Senators and Representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the treasury of the United States. They shall in all cases, except treason, felony and breach of the peace, be privileged from arrest during their attendance at the session of their respective Houses, and in going to and returning from the same; and for any speech or debate in either House, they shall not be questioned in any other place.

No Senator or Representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been increased during such time: and no person holding any office under the United States, shall be a member of either House during his continuance in office.

**Section 7.** All bills for raising revenue shall originate in the House of Representatives; but the Senate may propose or concur with amendments as on other Bills.

Every bill which shall have passed the House of Representatives and the Senate, shall, before it become a law, be presented to the President of the United States; if he approve he shall sign it, but if not he shall return it, with his objections to that House in which it shall have originated, who shall enter the objections at large on their journal, and proceed to reconsider it. If after such reconsideration two thirds of that House shall agree to pass the bill, it shall be sent, together with the objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a law. But in all such cases the votes of both Houses shall be determined by yeas and nays, and the names of the persons voting for and against the bill shall be entered on the journal of each House respectively. If any bill shall not be returned by the President within ten days (Sundays excepted) after it shall have been presented to him, the same shall be a law, in like manner as if he had signed it, unless the Congress by their adjournment prevent its return, in which case it shall not be a law.

Every order, resolution, or vote to which the concurrence of the Senate and House of Representatives may be necessary (except on a question of adjournment) shall be presented to the President of the United States; and before the same shall take effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the rules and limitations prescribed in the case of a bill.

**Section 8.** The Congress shall have power to lay and collect taxes, duties, imposts and excises, to pay the debts and provide for the common defense and

general welfare of the United States; but all duties, imposts and excises shall be uniform throughout the United States;

- To borrow money on the credit of the United States;
- To regulate commerce with foreign nations, and among the several states, and with the Indian tribes;
- To establish a uniform rule of naturalization, and uniform laws on the subject of bankruptcies throughout the United States;
- To coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures;
- To provide for the punishment of counterfeiting the securities and current coin of the United States;
- To establish post offices and post roads;
- To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries;
- To constitute tribunals inferior to the Supreme Court;
- To define and punish piracies and felonies committed on the high seas, and offenses against the law of nations;
- To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water;
- To raise and support armies, but no appropriation of money to that use shall be for a longer term than two years;
- To provide and maintain a navy;
- To make rules for the government and regulation of the land and naval forces;
- To provide for calling forth the militia to execute the laws of the union, suppress insurrections and repel invasions;
- To provide for organizing, arming, and disciplining, the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the states respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;
- To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings;--And
- To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

**Section 9.** The migration or importation of such persons as any of the states now existing shall think proper to admit, shall not be prohibited by the Congress prior to the year one thousand eight hundred and eight, but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.

The privilege of the writ of habeas corpus shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it.

No bill of attainder or ex post facto Law shall be passed.

No capitation, or other direct, tax shall be laid, unless in proportion to the census or enumeration herein before directed to be taken.

No tax or duty shall be laid on articles exported from any state.

To preference shall be given by any regulation of commerce or revenue to the ports of one state over those of another: nor shall vessels bound to, or from, one state, be obliged to enter, clear or pay duties in another.

No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of receipts and expenditures of all public money shall be published from time to time.

No title of nobility shall be granted by the United States: and no person holding any office of profit or trust under them, shall, without the consent of the Congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign state.

**Section 10.** No state shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, ex post facto law, or law impairing the obligation of contracts; or grant any title of nobility.
No state shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing it's inspection laws: and the net produce of all duties and imposts, laid by any state on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.

No state shall, without the consent of Congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter into any agreement or compact with another state, or with a foreign power, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.

# ARTICLE II

**Section 1.** The executive power shall be vested in a President of the United States of America. He shall hold his office during the term of four years, and, together with the Vice President, chosen for the same term, be elected, as follows:

Each state shall appoint, in such manner as the Legislature thereof may direct, a number of electors, equal to the whole number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or

Representative, or person holding an office of trust or profit under the United States, shall be appointed an elector.

The electors shall meet in their respective states, and vote by ballot for two persons, of whom one at least shall not be an inhabitant of the same state with themselves. And they shall make a list of all the persons voted for, and of the number of votes for each; which list they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate. The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted. The person having the greatest number of votes shall be the President, if such number be a majority of the whole number of electors appointed; and if there be more than one who have such majority, and have an equal number of votes, then the House of Representatives shall immediately choose by ballot one of them for President; and if no person have a majority, then from the five highest on the list the said House shall in like manner choose the President. But in choosing the President, the votes shall be taken by States, the representation from each state having one vote; A quorum for this purpose shall consist of a member or members from two thirds of the states, and a majority of all the states shall be necessary to a choice. In every case, after the choice of the President, the person having the greatest number of votes of the electors shall be the Vice President. But if there should remain two or more who have equal votes, the Senate shall choose from them by ballot the Vice President.

The Congress may determine the time of choosing the electors, and the day on which they shall give their votes; which day shall be the same throughout the United States.

No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President; neither shall any person be eligible to that office who shall not have attained to the age of thirty five years, and been fourteen Years a resident within the United States.

In case of the removal of the President from office, or of his death, resignation, or inability to discharge the powers and duties of the said office, the same shall devolve on the Vice President, and the Congress may by law provide for the case of removal, death, resignation or inability, both of the President and Vice President, declaring what officer shall then act as President, and such officer shall act accordingly, until the disability be removed, or a President shall be elected.

The President shall, at stated times, receive for his services, a compensation, which shall neither be increased nor diminished during the period for which he shall have been elected, and he shall not receive within that period any other emolument from the United States, or any of them.

Before he enter on the execution of his office, he shall take the following oath or affirmation:--"I do solemnly swear (or affirm) that I will faithfully execute the office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States."

**Section 2.** The President shall be commander in chief of the Army and Navy of the United States, and of the militia of the several states, when called into the actual service of the United States; he may require the opinion, in writing, of the



principal officer in each of the executive departments, upon any subject relating to the duties of their respective offices, and he shall have power to grant reprieves and pardons for offenses against the United States, except in cases of impeachment.

He shall have power, by and with the advice and consent of the Senate, to make treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the advice and consent of the Senate, shall appoint ambassadors, other public ministers and consuls, judges of the Supreme Court, and all other officers of the United States, whose appointments are not herein otherwise provided for, and which shall be established by law: but the Congress may by law vest the appointment of such inferior officers, as they think proper, in the President alone, in the courts of law, or in the heads of departments.

The President shall have power to fill up all vacancies that may happen during the recess of the Senate, by granting commissions which shall expire at the end of their next session.

**Section 3.** He shall from time to time give to the Congress information of the state of the union, and recommend to their consideration such measures as he shall judge necessary and expedient; he may, on extraordinary occasions, convene both Houses, or either of them, and in case of disagreement between them, with respect to the time of adjournment, he may adjourn them to such time as he shall think proper; he shall receive ambassadors and other public ministers; he shall take care that the laws be faithfully executed, and shall commission all the officers of the United States.

**Section 4.** The President, Vice President and all civil officers of the United States, shall be removed from office on impeachment for, and conviction of, treason, bribery, or other high crimes and misdemeanors.

## Article III

**Section 1.** The judicial power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behaviour, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

**Section 2.** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original juris-

diction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.

The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.

**Section 3.** Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture except during the life of the person attainted.

## Article IV

**Section 1.** Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof.

**Section 2.** The citizens of each state shall be entitled to all privileges and immunities of citizens in the several states.

A person charged in any state with treason, felony, or other crime, who shall flee from justice, and be found in another state, shall on demand of the executive authority of the state from which he fled, be delivered up, to be removed to the state having jurisdiction of the crime.

No person held to service or labor in one state, under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from such service or labor, but shall be delivered up on claim of the party to whom such service or labor may be due.

**Section 3.** New states may be admitted by the Congress into this union; but no new states shall be formed or erected within the jurisdiction of any other state; nor any state be formed by the junction of two or more states, or parts of states, without the consent of the legislatures of the states concerned as well as of the Congress.

The Congress shall have power to dispose of and make all needful rules and regulations respecting the territory or other property belonging to the United States; and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular state.

**Section 4.** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.



## ARTICLE V

The Congress, whenever two thirds of both houses shall deem it necessary, shall propose amendments to this Constitution, or, on the application of the legislatures of two thirds of the several states, shall call a convention for proposing amendments, which, in either case, shall be valid to all intents and purposes, as part of this Constitution, when ratified by the legislatures of three fourths of the several states, or by conventions in three fourths thereof, as the one or the other mode of ratification may be proposed by the Congress; provided that no amendment which may be made prior to the year one thousand eight hundred and eight shall in any manner affect the first and fourth clauses in the ninth section of the first article; and that no state, without its consent, shall be deprived of its equal suffrage in the Senate.

## Article VI

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

## Article VII

The ratification of the conventions of nine states, shall be sufficient for the establishment of this Constitution between the states so ratifying the same.

Done in Covention by the Unanimous Consent of the States present the Seventeeth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth In Witness whereof We have hereunto subscribed our Names,

G.º Washington—Presid!
and deputy from Virginia

# BILL OF RIGHTS



### Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

### Amendment II

A well regulated militia, being necessary to the security of a free state, the right of the people to keep and bear arms, shall not be infringed.

### Amendment III

No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.

### Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

### Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

### Amendment VII

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

### Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### Amendment IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

### Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.





**THE LIBRARY OF CONGRESS**
PHOTODUPLICATION SERVICE
WASHINGTON, D.C. 20540-4570

**PHOTODUPLICATION SERVICE**
202-707-5640 (VOICE)
202-707-1771 (FAX)
photoduplication@loc.gov (EMAIL)

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA,** volume 8, and that the attached photocopies - the title page, the verso of the title page, and pages 100 through 105  -  are a true representation from that work.

THIS IS TO CERTIFY FURTHER, that the work is marked with a Library of Congress stamp that bears the date September 26, 1990.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on November 8, 2007.

By: Shirley M. Berry
Acting Chief
Library of Congress
Photoduplication Service



BY AUTHORITY OF CONGRESS.

THE

# Public Statutes at Large

OF THE

# UNITED STATES OF AMERICA,

FROM THE

ORGANIZATION OF THE GOVERNMENT IN 1789, TO MARCH 3, 1845.

**ARRANGED IN CHRONOLOGICAL ORDER.**

WITH

REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS
ON THE SAME SUBJECT,

AND

COPIOUS NOTES OF THE DECISIONS

OF THE

## Courts of the United States

CONSTRUING THOSE ACTS, AND UPON THE SUBJECTS OF THE LAWS.

WITH AN

**INDEX TO THE CONTENTS OF EACH VOLUME,**

AND A

FULL GENERAL INDEX TO THE WHOLE WORK, IN THE CONCLUDING VOLUME.

TOGETHER WITH

The Declaration of Independence, the Articles of Confederation, and
the Constitution of the United States;

AND ALSO,

TABLES, IN THE LAST VOLUME, CONTAINING LISTS OF THE ACTS RELATING TO THE JUDICIARY,
IMPOSTS AND TONNAGE, THE PUBLIC LANDS, ETC.

EDITED BY

RICHARD PETERS, ESQ.

COUNSELLOR AT LAW.

The rights in the copies of the United States for the stereotype plates from which this work is printed, are hereby recognized,
acknowledged, and secured to the several publishers according to the provisions of the joint resolution of Congress passed March 3, 1845.

VOL. VIII.

BOSTON:

LITTLE, BROWN AND COMPANY.

1867.

## TREATY OF PEACE AND FRIENDSHIP

*Between the United States of America, and His Imperial Majesty the Emperor of Morocco. (a)*

January, 1787.

To all Persons to whom these Presents shall come or be made known. WHEREAS the United States of America, in Congress assembled, by their commission bearing date the twelfth day of May, one thousand seven hundred and eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full powers to confer, treat and negociate with the Ambassador, Minister, or Commissioner of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce; to make and receive propositions for such treaty, and to conclude and sign the same, transmitting it to the United States in Congress assembled, for their final ratification; and by one other commission, bearing date the eleventh day of March, one thousand seven hundred and eighty-five, did further empower the said Ministers Plenipotentiary, or a majority of them, by writing under their hands and seals, to appoint such agent in the said business as they might think proper, with authority under the directions and instructions of the said Ministers, to commence and prosecute the said negociations and conferences for the said treaty, provided that the said treaty should be signed by the said Ministers: And whereas we, the said John Adams and Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin Franklin being absent) by writing under the hand and seal of the said John Adams at London, October the fifth, one thousand seven hundred and eighty-five, and of the said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint Thomas Barclay, agent in the business aforesaid, giving him the powers therein, which, by the said second commission, we were authorized to give, and the said Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and commerce between the United States of America, and his Majesty the Emperor of Morocco, which articles, written in the Arabic language, confirmed by his said Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into the language of the said United States of America, together with the attestations thereto annexed, are in the following words, to wit:

> ROYAL SEAL.

In the Name of ALMIGHTY GOD.

This is a Treaty of Peace and Friendship established between us and the United States of America, which is confirmed, and which we have ordered to be written in this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth day of the blessed month of Shaban, in the year one thousand two hundred, trusting in God it will remain permanent.

### ARTICLE I.

We declare that both parties have agreed that this treaty, consisting

---

(a) By "an act making an appropriation for the purpose therein mentioned," passed March 2, 1791, Laws U. S. vol. 1, 214, twenty thousand dollars are appropriated for effecting a negociation of the treaty with Morocco, September 16, 1836. post, 484.

(100)

of twenty-five articles, shall be inserted in this book, and delivered to the Honorable Thomas Barclay, the agent of the United States, now at our court, with whose approbation it has been made, and who is duly authorized on their part to treat with us concerning all the matters contained therein.

*Emperor's consent to the treaty.*

## ARTICLE II.

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy, nor fight under their colours.

*Neither party shall take commission from the enemy of the other.*

## ARTICLE III.

If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

*Regulation in case of captures.*

## ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

*Signal or pass to be given to vessels.*

## ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done without reason, the offending party shall make good all damages.

*How vessels shall be examined in time of war.*

## ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

*Citizens of the U. S. captured, to be released.*

## ARTICLE VII.

If any vessel of either party shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

*Vessels wanting supplies, to be furnished.*

## ARTICLE VIII.

If any vessel of the United States shall meet with a disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and re-load her cargo, without paying any duty whatever.

*Provision in case of misfortune.*

## ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is

12

*Regulation in case of ship-wreck, and being forced into port.*

then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think proper to proceed on his voyage.

## ARTICLE X.

*Vessels protected in certain cases.*

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

## ARTICLE XI.

*Privileges of vessels in case of war.*

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy, shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

## ARTICLE XII.

*Ships of war belonging to U. S. not to be examined.*

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE XIII.

*Ships of war to be saluted.*

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE XIV.

*Commerce on the footing of the most favoured nation.*

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE XV.

*Privileges of merchants.*

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labour whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE XVI.

*In case of war, prisoners not to be enslaved, but exchanged.*

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

## ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

Merchants may buy and sell all goods except those prohibited to other Christian nations.

## ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

Goods to be examined before sent on board, and not after, unless in case of fraud.

## ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

Vessels not to be detained.

## ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

How disputes shall be settled.

## ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

How crimes shall be punished.

## ARTICLE XXII.

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

How estates of deceased citizens shall be disposed of.

## ARTICLE XXIII.

The consuls of the United States of America, shall reside in any seaport of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

Consuls and their privileges.

## ARTICLE XXIV.

*Regulations in case of war.*    If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

## ARTICLE XXV.

*Duration of treaty.*    This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hands of the beforementioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

THOMAS BARCLAY.

## ADDITIONAL ARTICLE.

Grace to the only God.

*Vessels of U. S. to be protected.*    I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends."

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan,(a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

TAHER BEN ABDELKACK FENNISH.

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cardoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

THOMAS BARCLAY.

(a) The Ramadan of the year of the Hegira 1201 commenced on the 28th June, in the year of our Lord 1786.

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

JOHN ADAMS,    (L. S.)
*London, January 25th, 1787.*

THOMAS JEFFERSON,  (L. S.)
*Paris, January 1st, 1787*

11/30/2020 BH/AW

Page 1 of 1

**STATE OF MICHIGAN**

THE DISTRICT COURT-JUDICIAL DISTRICT NO.    **48**

County of OAKLAND

**PROS. ORDER NO.**    **20-75864**

**COMPLAINT/GENERAL INFORMATION**

---

**THE PEOPLE OF THE STATE OF MICHIGAN**
    VS.

THUNDER-KAHRABA MOROCCO MILES-EL /63-20-075864-01
332 Whittemore St
Pontiac, MI 48342

| | |
|---|---|
| **Date of Offense:** | JULY 20, 2020 |
| **Location:** | TWP OF BLOOMFIELD |
| **Complainant:** | OFC. MARTHEN |
| **Complaining Witness:** | DET. J. OVERBY |

                         **Defendant(s)**

**WITNESSES**
S/A J. HILL, c/o DEA.
OFC. K. MARTHEN

STATE OF MICHIGAN, COUNTY OF OAKLAND

The COMPLAINING WITNESS says that on the date and at the location described, the defendant, contrary to law,

being the operator of a motor vehicle to whom was given a visual or audible signal by hand, voice, emergency light, or siren by Officer Marthen, a police officer who was in uniform and the officer's motor vehicle was identified as an official police motor vehicle, **acting in the lawful performance of his duty,** directing the defendant to bring his motor vehicle to a stop, did wilfully fail to obey such direction by attempting to flee or elude the officer in an area where the speed limit was 35 miles per hour or less; contrary to MCL 750.479a(3).  [750.479A3]

FELONY:     5 Years and/or $5,000.00; SOS shall suspend operator's or chauffer's license; for a vessel, privilege to operate shall be suspended for a period not to exceed 5 years.

POLICE OFFICER - FLEEING - THIRD DEGREE - PENAL CODE

**WARRANT AUTHORIZED BY**
**THE OAKLAND COUNTY PROSECUTING ATTORNEY**

*Beth M. Hand*
**Assistant Prosecuting Attorney**

The complaining witness asks that defendant be apprehended and dealt with according to law.

Subscribed and Sworn to on this day by

Dated: _____

No: _____

**Complaining Witness**

**Before the above-named District Judge/Deputy Clerk/Magistrate**

*Exhibit 1*

1

CR No: 200013515

## BLOOMFIELD TOWNSHIP PD
4200 TELEGRAPH RD.
BLOOMFIELD HILLS MI 48302
248-433-7755

Exhibit 2

### Case Report

| Administrative Details: | |
|---|---|
| **CR No**<br>200013515 | **Subject**<br>C2926 – Traffic Flee / Eluding |
| **Report Date/Time**<br>07/20/2020 15:50 | **Occurrence Date/Time**<br>07/20/2020 15:50 |
| **Location**<br>S TELEGRAPH RD&W SQUARE LAKE RD | **Call Source**<br>PHONE |
| **Dispatched Offense**<br>C2926 Traffic Flee / Eluding | **Verified Offense**<br>C2926 Traffic Flee / Eluding |
| **OIC**<br>Huizdos, John (BTHUIZDOSJ-00186) | **OIC Contact Number**<br>▮▮▮▮▮ |
| **County**<br>63 – Oakland | **City/Twp/Village**<br>03 – Bloomfield Twp |
| **Division**<br>Patrol | |

| Action Requested: | |
|---|---|
| [X] Arrest warrant | [ ] Review only |
| [ ] Search warrant | [ ] Forfeiture |
| [ ] Juvenile petition | [ ] Other |
| Agency Contact: Det. John Huizdos, #186 | Contact Number: ▮▮▮▮▮▮ |

Created On 07/21/2020 07:39 AM

2

CR No: 200013515

## Offenses

### 8030 - Child Endangerment (Occupant Less Than 16)   [BTMARTHENK (00217)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| **90D - Driving Under the Influence / B** | **54002 – OPERATING UNDER THE INFLUENCE OF LIQUOR OR DRUGS** | |
| Crime Against | Loca ion Type | Offense Completed |
| **SO** | **13 - Highway/Road/Alley/Sidewalk** | **Completed** |
| Domestic Violence | Hate/Bias | |
| **No** | **00 - None (No Bias)** | |
| Using | | Cargo Theft |
| **A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No** | | |

### C2926 - Traffic Flee / Eluding   [BTMARTHENK (00217)]

| IBR Code / IBR Group | Offense File Class | |
|---|---|---|
| **/** | | |
| Crime Against | Loca ion Type | Offense Completed |
| | **13 - Highway/Road/Alley/Sidewalk** | **Completed** |
| Domestic Violence | Hate/Bias | |
| **No** | **00 - None (No Bias)** | |
| Using | | Cargo Theft |
| **A-Alcohol: No   C-Computer Equipment: No   D-Drugs/Narcotics: No** | | |

## People

### MILES-EL, THUNDER-KAHRABA MOROCCO (A-ARRESTEE)   [BTMARTHENK (00217)]

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| **MILES-EL** | **THUNDER-KAHRABA** | **MOROCCO** | | |

| Aliases | Driver License# | DL State | DL Country | Personal ID# |
|---|---|---|---|---|
| | **M424792609482** | **MI** | **USA** | |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| **06/24/1985 (35)** | **M** | **BLACK/AFR ICAN AMERICAN** | **Unknown** | | | |

| Eye Color | Hair Color | Hair Style | Hair Length | Facial Hair |
|---|---|---|---|---|
| **Brown** | **Black** | **Afro** | **Short** | **Goatee and Mustache** |

| Complexion | Build | Teeth | Height | Weight | Attire |
|---|---|---|---|---|---|
| **Medium** | **Medium** | **Normal** | **5' 9"** | **180** | |

| Held For | Finger Prints | Photos | Miranda Read | Miranda Waived | Number of Warrants | FBI# |
|---|---|---|---|---|---|---|
| | **Yes** | **Yes** | **Yes** | **No** | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| **332 WHITTEMORE ST** | | | **USA** | **UNKNOWN** | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| **PONTIAC** | **MI** | **48342-3166** | **2488759138** | **kahrabacargo@gmail.com** |

| SSN | MDOC/PRN# |
|---|---|
| | |

### Arrest Information

| Offenses | Details | |
|---|---|---|
| **8030 - Child Endangerment (Occupant Less Than 16)** | Arrest Date/Time: | 07/20/2020 15:50 |
| | Loca ion: | 613 Fildew |
| | Arrest#: | 20-13615 |
| | Arrest Type: | On view |
| | OWI Arrest/BAC: | |
| | Offense Type: | Misd. |
| | Count: | |
| | Arresting Officer 1: | BTMARTHENK (MARTHEN, KELLY 00217) |
| **C2926 - Traffic Flee / Eluding** | Arrest Date/Time: | 07/20/2020 15:50 |
| | Loca ion: | 613 Fildew |
| | Arrest#: | 20-13615 |

Created On 07/21/2020 07:39 AM

3

CR No: 200013515

| | Arrest Type: | Onview |
| | OWI Arrest/BAC: | |
| | Offense Type: | Felony |
| | Count: | |
| | Arresting Officer 1: | BTMARTHENK (MARTHEN, KELLY 00217) |

| MultiClearance | MultiClearance Offense | Armed With |
|---|---|---|
| N - Not Applicable | | 01 – Unarmed |

### (O-OTHER) (GT-GOVERNMENT INSTITUTION) [          (00186)]

| PE: | W.Typ e: | Name | | | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | MS | REC~~ORDS BLOOMFIELD TOWNSHIP POLICE DEPARTMENT~~ | | | | ~~OTHER~~ |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| 01/01/0001 (0) | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 4200 TELEGRAPH RD | | ~~OAKLAND~~ | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| BLO~~OMFIELD TWP~~ | MI | 48302-2038 | | |

#### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-433-7755 |

Notes
**(DT) RE: IN-CAR VIDEOS AND PHONE RECORDING**

### HUIZDOS, JOHN   (O-OTHER) (L-LAW ENFORCEMENT OFFICER)   [BTHUIZDOSJ (00186)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | OC | ~~HUIZDOS~~ | ~~JOHN~~ | | | ~~DETECTIVE~~ |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 4200 TELEGRAPH RD | | OAKLAND | USA | | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| BLOOMFIELD TWP | MI | 48302-2038 | | |

#### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-433-7763 |

### HILL, JOHN   (O-OTHER) (L-LAW ENFORCEMENT OFFICER)   [BTMARTHENK (00217)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | MS | HILL | JOHN | | | AGENT |

| DOB (Age) | Sex | Race | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|
| | | UNKNOWN | | | | |

| Street Address | Apt # | County | Country | Home Phone | Work Phone |
|---|---|---|---|---|---|
| 431 HOWARD | | | | UNKNOWN | |

| City | State | Zip | Cell Phone | Email |
|---|---|---|---|---|
| DETROIT | MI | 48226 | UNKNOWN | |

#### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 313-234-4000 |

Notes
**DEA DETROIT**

### BALL, ANDY   (O-OTHER) (L-LAW ENFORCEMENT OFFICER)   [BTMARTHENK (00217)]

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | OF | BALL | ANDY | | | OFFICER |

4

CR No: 200013515

| DOB (Age) | | | Sex | Race UNKNOWN | Ethnicity | Birth City & State | Birth Country | | Country of Citizenship | |
|---|---|---|---|---|---|---|---|---|---|---|

| Street Address 4200 TELEGRAPH RD | | Apt # | County OAKLAND | Country USA | Home Phone | Work Phone |
|---|---|---|---|---|---|---|

| City BLOOMFIELD TWP | State MI | Zip 48302-2038 | Cell Phone | Email |
|---|---|---|---|---|

### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-433-7755 |

---

### COMERFORD, DAVID   (O-OTHER) (L-LAW ENFORCEMENT OFFICER)   [BTMARTHENK (00217)]

| PE: | W.Type: OF | Last Name COMERFORD | First Name DAVID | Middle Name | Suffix | Mr/Mrs/Ms OFFICER |
|---|---|---|---|---|---|---|

| DOB (Age) | | | Sex | Race UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|

| Street Address 4200 TELEGRAPH RD | | Apt # | County OAKLAND | Country USA | Home Phone | Work Phone |
|---|---|---|---|---|---|---|

| City BLOOMFIELD TWP | State MI | Zip 48302-2038 | Cell Phone | Email |
|---|---|---|---|---|

### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-433-7755 |

---

### MARTHEN, KELLY   (O-OTHER) (L-LAW ENFORCEMENT OFFICER)   [BTMARTHENK (00217)]

| PE: | W.Type: OF | Last Name MARTHEN | First Name KELLY | Middle Name | Suffix | Mr/Mrs/Ms OFFICER |
|---|---|---|---|---|---|---|

| DOB (Age) | | | Sex | Race UNKNOWN | Ethnicity | Birth City & State | Birth Country | Country of Citizenship |
|---|---|---|---|---|---|---|---|---|

| Street Address 4200 TELEGRAPH RD | | Apt # | County OAKLAND | Country USA | Home Phone | Work Phone |
|---|---|---|---|---|---|---|

| City BLOOMFIELD TWP | State MI | Zip 48302-2038 | Cell Phone | Email |
|---|---|---|---|---|

### Phone/Email

| Type | Description |
|---|---|
| BU-Business Phone #1 | 248-433-7755 |

Notes
ARRESTING OFFICER

---

### Property

#### Recording - Other 5427   [BTMARTHENK (00217)]

| Property Class 27 | IBR Type 27 - Recordings-Audio/Visual | UCR Type F - TV's, Radios, Stereos, Etc... | | |
|---|---|---|---|---|
| Status E - Evidence (Including Other Seized Property And Tools) | | | Count 1 | Value 1 |

| Description In car recording for vehicle242 | Disposition | Evidence Tag 200013515.001 |
|---|---|---|

| Recovered Date/Time | Location | Owner 0, |
|---|---|---|

---

#### Recording - Other 5427   [BTMARTHENK (00217)]

| Property Class | IBR Type | UCR Type |
|---|---|---|

CR No: 200013515

| 27 | 27 - Recordings-Audio/Visual | F - TV's, Radios, Stereos, Etc... | | |
|---|---|---|---|---|
| | | | Count 1 | Value 1 |
| Status E - Evidence (Including Other Seized Property And Tools) | | | | |
| Description In car video for vehicle 205 | | Disposition | Evidence Tag 200013515.002 | |
| Recovered Date/Time | Location | Owner 0, | | |
| Notes Ofc. Ball back up officer | | | | |

| 1395 - Recording - Other 5427 - [BTMARTHENK (00217)] | | | | |
|---|---|---|---|---|
| Property Class 27 | IBR Type 27 - Recordings-Audio/Visual | UCR Type F - TV's, Radios, Stereos, Etc... | | |
| | | | Count 1 | Value 1 |
| Status E - Evidence (Including Other Seized Property And Tools) | | | | |
| Description In car video of vehicle 214 | | Disposition | Evidence Tag 200013515.003 | |
| Recovered Date/Time | Location | Owner 0, | | |
| Notes Ofc. Comerford back up officer | | | | |

| 1395 - Recording - Other 5427 - [BTMARTHENK (00217)] | | | | |
|---|---|---|---|---|
| Property Class 27 | IBR Type 27 - Recordings-Audio/Visual | UCR Type F - TV's, Radios, Stereos, Etc... | | |
| | | | Count 1 | Value 1 |
| Status E - Evidence (Including Other Seized Property And Tools) | | | | |
| Description Phone call recording | | Disposition | Evidence Tag 200013515.004 | |
| Recovered Date/Time | Location | Owner 0, | | |
| Notes Phone call recording of DEA agents requesting vehicle stop. | | | | |

| Other Automobile/Vehicle (not Stolen Or Recovered) 5403 [BTMARTHENK (00217)] | | | | | | |
|---|---|---|---|---|---|---|
| Property Class 03 | IBR Type 03 - Automobiles | UCR Type V - Other Vehicle (not Stolen or Recovered) | | | | |
| | | | | | Count 1 | Value 1 |
| Status I - Information Only | | | | | | |
| Manufacturer DODGE | Model CHARGER | Serial No. 2C3CDXGJ2KH558847 | License No. EBQ0070 | Color MAR - Maroon or Burgundy | | |
| Vehicle Year 2019 | Body Style 4D - 4 Door | | State MI | License Year 2020 | | |
| Description auto | | | Disposition | Evidence Tag | | |
| Recovered Date/Time | Location | | Owner [A34769455] MILES-EL, THUNDER-KAHRABA MOROCCO | | | |
| Notes Towed to General Towing | | | | | | |

| Narrative: |
|---|

Created On 07/21/2020 07:39 AM

6

CR No: 200013515

CR No: 200013515-001   Written By: BTMARTHENK (00217)   Date: 07/20/2020 07:37 PM

**Incident:** Flee & Elude, Child Endangerment

**Date/Time:** 7/20/20 1550 hrs.

**Location:** Franklin Rd./ Square Lake Rd.

**Arrestee:** Thunder-Kahraba Morocco Miles-El

**Traffic Stop:**

On today's date, agents from the Detroit Drug Enforcement Agency (DEA) contacted this department, requesting uniformed officers to conduct a traffic stop on the listed maroon Dodge Charger. Ofc. Comerford, Ofc. Ball and I were able to catch up to the vehicle on Franklin Rd. north of Square Lake Rd. I noticed the vehicle had illegally tinted driver and passenger windows. The vehicle was stopped in the parking lot of Bloomfield Township Fire Department (Sta. 4). I made contact with the driver of the vehicle who was identified via MI photo license as Mr. Miles-El. I also noticed Mr. Miles-El had an infant child in a child safety seat in the rear seat behind the driver seat. I asked Mr. Miles-El to turn off the vehicle while we had him stopped.

During the stop, I was asked to contact the Agent requesting the traffic stop. When I contacted the agent, he indicated that the DEA would not make the scene of the traffic stop in order to keep their under cover status intact. At that time, I asked Ofc. Comerford to request consent to search the vehicle from Mr. Miles-El. Mr. Miles-El refused consent to search the vehicle. I again contacted the agent and he indicated that the DEA had probable cause to search the vehicle and requested that we conduct the search. As Ofc. Comerford and I approached the vehicle to have Mr. Miles-El step out, he restarted the car and fled the scene at a high rate of speed northbound on Franklin towards Pontiac. Bloomfield Township officers did not pursue the vehicle.

**Arrest:**

A short time later, this department was contacted by DEA agents indicating that they had found Mr. Miles-El walking on Fildew and asked that I make the scene to identify him as the driver of the fleeing vehicle. Upon my arrival, it was discovered that Mr. Miles-El had driven his vehicle behind 633 Pearsall and abandoned the vehicle on foot, taking his infant child with him. He was apprehended a short time later by DEA agents in the area. Due to unique birthmarks on Mr. Miles-El hands, I was able to positively identify him as the driver that fled the traffic stop. He was placed under arrest for Flee & Elude and Child Endangerment.

**Impound/Process:**

Prior to impounding the vehicle, DEA agents confiscated a cell phone and money from the vehicle. Mr. Miles-El received a receipt from the agents for the items that were confiscated. Mr. Miles-El's vehicle was searched and towed to General Towing without incident. Mr. Miles-El was transported to the station and processed without incident. He was lodged in cell 4 at BTPD.

7

CR No: 200013515

**Interview:**

Mr. Miles-El was told multiple times during his arrest that I would not question him about the flee & elude incident without reading him his Miranda warnings. During the car ride to the station and at the station, Mr. Miles-El ~~the only~~ because he ~~was concerned~~ his daughters safety and wanted to get his daughter ~~to family members before being arrested.~~ These statements were not in response to any questioning about the incident. Mr. Miles-El was not interviewed about this incident.

**Additional Info:**

DEA Agent Hill indicated that they may also have additional charges pending against Mr. Miles-El and that they had a prosecutor already assigned to their case. He requested that this case be presented to APA Beth Hand at the Oakland County Prosecutor's Office.

---

**CR No: 200013515-002   Written By: BTHUIZDOSJ (00186)   Date: 07/21/2020 07:32 AM**

July 21, 2020 (Tuesday)

I received and reviewed this report.

All information was forwarded to the Oakland County Prosecutor's Office for review attention to APA Beth Hand.

---

**CFS Narrative By: BTMARTHENK (00217)**

BTVALENTIK - 15:50:23 - DODGE CHARGER BURG WINDOW PLATE - EBQ0070 - R/P IN A SILVER JEEP CHEROKEE

**U.S. Department of Justice**
Drug Enforcement Administration

`7019 1120 0000 3757 2683`

| REPORT OF INVESTIGATION | 1. File No. ▮▮▮▮▮ | 2. G-DEP Identifier ▮▮ |
|---|---|---|
| *(Continuation)* | 3. File Title FISHER, Johnathan Lamar | |

| 4. Page 3 of 4 | |
|---|---|
| 5. Program Code ▮▮▮ | 6. Date Prepared 07-21-2020 |

contact his mother Eirther Leen Seay-Bey to take custody of his two year old daughter.

5.  SA Rob Tournaud and GS Mark O'Kray released the two year old girl to Eirther Seay-Bey.

6. Officer Marthen processed and secured MILES-EL vehicle according to Bloomfield Township Police Guidelines and subsequently released the vehicle to General Towing in Auburn Hills, Michigan.

7. TFO William Bechill and GS Mark O'Kray recovered MILES-EL cellular phone at the scene and transported it to Warren Police Department along with **N-363** to be processed. The cellular phone was not given a DEA exhibit number and will be secured at Warren Police Department evidence locker. It was later determined that **N-363** would be forfeited federally. **N-363** was removed from SEEE M000429615 (**N-363b**) and placed into SSEE envelope S001062029.

**CUSTODY OF EVIDENCE**

**Exhibit N-363-** is described as $5,2000 of United States Currency.  SA Rob Tournaud and SA Brent Halbert located the exhibit in MILES-EL front right pants pocket and secured in DEA evidence bag number ▮▮▮▮▮.  MILES-EL signed the evidence bag for the USC and SA Halbert and SA Tournaud sealed the bag in front of MILES-EL.  GS Mark O'Kray and TFO Bechill secured the exhibit at Warren Police Department. On 07-21-2020, GS Mark O'Kray and TFO Bechill removed the exhibit from Warren Police Department and transported it to DEA Detroit to be processed as evidence. TFO Detroit, as witnessed by SA John Hill, removed the exhibit from evidence bag ▮▮▮▮▮ for evidence processing photographs and subsequently secured it in evidence bag ▮▮▮▮▮. TFO Bechill, as witnessed by SA John Hill, transferred custody of the exhibit to the DEA Detroit High Value Evidence Custodian.

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

Exhibit 3

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 4

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|

| 5. By: John P Hill, SA |
| At: |

6. File Title
FISHER, Johnathan Lamar

7. ☐ Closed ☐ Requested Action Completed
☐ Action Requested By:

8. Date Prepared
07-21-2020

9. Other Officers:

10. Report Re: Acquisition of Exhibit N-363, N-363b, and surveillance of Thunder MILES-EL on 07-20-2020.

## DETAILS

1. On 07-20-2020, at approximately 3:20 p.m., agents/officers from the DEA Detroit Enforcement Group 10 established surveillance at the Meijer located at 28800 Telegraph Road, Southfield, Michigan.

2. At approximately 3:35 p.m., TFO William Bechill and SA Brent Halbert observed a **black male** park a dark colored Hyundai SUV near a maroon Dodge Charger with Michigan license plate EBQ0070. Agents/Officers checked the license plate through law enforcement databases and learned the vehicle registered to Thunder MILES-EL. Agents/Officers subsequently identified the driver of the Dodge Charger as MILES-EL. SA Brent Halbert and TFO Bechill observed the **black male** exit the Hyundai SUV and enter the passenger seat of the Dodge Charger. Approximately 15-20 seconds later the **black male** exited the passenger seat and left the area. Agents/Officers maintained surveillance of MILES-EL and observed him quickly exit the parking lot and drive north on Telegraph Road. Agent/Officers maintained surveillance of MILES-EL and coordinated a vehicle stop of MILES-EL with Officers from the Bloomfield Township Police Department.

3. At approximately 3:50 p.m., Officer Kelly Marthen in a fully marked police car activated his emergency lights and stopped MILES-EL on Franklin Road near Kendry Road. MILES-EL ultimately stopped his vehicle in the parking lot of the Bloomfield Fire Department located at 2389 Franklin Road, Bloomfield Township, Michigan. Officer Marthen was joined by Officer David Comerford and Officer Andy Ball who were in additional marked police

| 11. Distribution: | 12. Signature (Agent) | 13. Date |
|---|---|---|
| Division | | 07-22-2020 |
| | /s/ John P Hill, SA | |
| District | 14. Approved (Name and Title) | 15. Date |
| | /s/ Mark N OKray, GS | 09-10-2020 |
| Other | | |

DEA Form      - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▮▮▮▮  2. G-DEP Identifier ▮▮▮▮ |
| | 3. File Title FISHER, Johnathan Lamar |
| 4. Page 2 of 4 | |
| 5. Program Code ▮▮▮▮ | 6. Date Prepared 07-21-2020 |

vehicles. Refer to Bloomfield Township Police Report 200013515 for additional information regarding the interaction between MILES-EL and Officers. Agents/Officers maintained surveillance of MILES-EL during the vehicle stop. After making contact with MILES-EL agents/officers observed officers return to their patrol cars. TFO Bechill observed MILES-EL moving around inside the passenger compartment of the vehicle. TFO Bechill explained that MILES-EL was reaching into the backseat and then leaning into the passenger compartment of the vehicle. TFO Bechill observed one of the Officers return to the vehicle and make contact with MILE-EL through the passenger side window. TFO Bechill observed the officer return to the police car, and MILES-EL continued moving throughout the passenger compartment of the vehicle. TFO Bechill stated MILES-EL appeared to be removing objects from a bag in the vehicle and placing the objects in his pockets and concealing objects in the area of his groin. TFO Bechill told agents/officers that MILES-EL appeared extremely nervous and agitated. TFO Bechill observed Officers exit the patrol cars and walk toward MILES-EL.

4. At this point TFO Bechill observed MILES-EL start the Dodge Charger and flee from officers northbound on Franklin at a high rate of speed. Agents/Officers and TFO Bechill maintained surveillance of MILES-EL north on Franklin Road. TFO Bechill estimated MILES-EL was traveling at speeds in excess of 80 mph when he fled from Officers. SA Rob Tournaud observed MILES-EL continue to travel north on Franklin Road into the City of Pontiac. SA Tournaud observed MILES-EL turn west on Pearsall Street. SA Tournaud turned west on Pearall but was unable to locate MILES-EL or the Dodge Charger. Agents/Officers checked Pearsall and the surrounding streets for MILES-EL. Approximately 2-3 minutes later TFO Deron Myers observed the Dodge Charger parked in the backyard of 633 Pearsall, Pontiac, Michigan. TFO Meyers observed a black male with a white t-shirt and khaki shorts running away from the vehicle carrying a baby. SA Brent Halbert and SA Rob Tournaud subsequently located MILES-EL carrying the baby walking east on Fildew in front of 619 Fildew, Pontiac, Michigan, and placed him into custody without further incident. Agents/Officers explained to MILES-EL that he was under arrest and he would be subsequently transported to Bloomfield Township Police Department to be processed. Agents/Officers subsequently seized $5,200.00 (**Exhibit N-363**) from MILE-EL. MILES-EL asked agents/officers to

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

JS 44 (Rev. 02/19) **CIVIL COVER SHEET** *County in which action arose: OAKLAND*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
PEOPLE OF TEMPLE NO. 13

**DEFENDANTS**
STATE OF MICHIGAN ET AL,

**(b)** County of Residence of First Listed Plaintiff    Oakland
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Ingham
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
NOBLE DREW ALI, THE PROPHET
c/o Brother P. Miles El, Grand Sheik/Divine Minister
PO BOX 430186
Pontiac, Michigan [48343]

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated *or* Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated *and* Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☒ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☒ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
See attached exhibit GSD NO 701911200000 page 3 of 6 Opening Statement/first paragraph.
Brief description of cause:
See attached exhibit GSD NO 701911200000 pg. 3 of 6 sec. A par. 1. et seq.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *See Ex. GSD NO*    CHECK YES only if demanded in complaint:
*7019112000000 Sec. B*    JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*    *Pg. 4of6 Par. 2, et seq.*
JUDGE _____ DOCKET NUMBER _____

DATE
January 27, 2021 A.D.

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?           ☐ Yes
                                                                     ■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.     Other than stated above, are there any pending or previously
       discontinued or dismissed companion cases in this or any other      ■ Yes
       court, including state court? (Companion cases are matters in which  ☐ No
       it appears substantially similar evidence will be offered or the same
       or related parties are present and the cases arise out of the same
       transaction or occurrence.)

If yes, give the following information:

Court: Bloomfield Township 48th District Court _____

Case No.: 2020376 _____

Judge: Smith, Kelly, F _____


Notes :

[Save] [Print] [Reset] [Exit]



CERTIFIED MAIL

7019 1120 0000 3757 2317

U.S. POSTAGE PAID
PONTIAC, MI
48343
FEB 05 21
AMOUNT
$9.45
R2305K137893-02

Temple No. 13
Brother P. Miles El, G. S.
PO Box 430184
Pontiac, Michigan [48343]
USA Republic

U.S. DISTRICT COURT
EASTERN DIVISION
231 W. Lafayette Blvd
Detroit MI, 48226

RECEIVED
FEB 1 2 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

Temple No. 13
Brother P. Miles El, Grand Sheik
PO Box 430186
Pontiac, Michigan [48342]
USA. Republic.





CERTIFIED MAIL

7020 3160 0001 0436 6120

U.S POSTAGE PAID
PONTIAC, MI
FEB 11 21
$9.45
R2306K137893-02



RECEIVED
FEB 12 2021
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S District Court
Eastern Division
℅ Office of Clerk
231 W. Lafayette Blvd
Detroit, MI. 48226