UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PEOPLE OF TEMPLE NO. 13,

    Plaintiff,

Case No. 21-10328

v.

Honorable Nancy G. Edmunds

STATE OF MICHIGAN, *et al.*,

    Defendants.

_____/

**JUDGMENT**

In accordance with the Court's order entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED without prejudice.

    SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: March 16, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 16, 2021, by electronic and/or ordinary mail.

        s/Lisa Bartlett
        Case Manager